UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | CIVIL ACTION NO: 2:16-cv-00606-GZS |
|---|---|
| **U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust** | |
| | **PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT AS TO ROBERT C. BRIGGS AND DEBORAH L. BRIGGS** |
| **Plaintiff** | |
| vs. | RE:<br>60 Alden Circle, Portland, ME 04102 |
| **Robert C. Briggs and Deborah L. Briggs** | Mortgage:<br>02/04/2004<br>Book 20842, Page 227 |
| **Defendants** | |

NOW COMES the Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust (hereinafter "U.S. Bank"), pursuant to Fed.R.Civ. P.55(a) and hereby moves for Default, following service, as to Parties since said Parties have neither answered nor otherwise appeared in this matter.  As grounds therefore, Plaintiff states the following:

1. Plaintiff's Complaint was filed on December 8, 2016.

2. The Defendant, Deborah L. Briggs, was served with the subject complaint on December 14, 2016.

3. As of this date, the Defendant, Deborah L. Briggs, has neither answered nor otherwise appeared in this matter.

4. The Defendant, Robert C. Briggs, was served with the subject complaint on December 14, 2016.

5. As of this date, the Defendant, Robert C. Briggs, has neither answered nor otherwise appeared in this matter.

6. Proofs of Service for all parties were filed on January 6, 2017.

7. The said Defendants are not in the military.

8. Plaintiff has brought this action to address six counts entitling it to various forms of relief including Foreclosure, Breach of Note, Breach of Contract, Money Had and Received, Quantum Meruit, and Unjust Enrichment.

9. By failing to appear in this matter, entry of default in favor of Plaintiff, pursuant to Fed.R.Civ.P Rule 55(a) is proper against Defendants, Deborah L. Briggs and Robert C. Briggs.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court enter default as against to Defendants, Deborah L. Briggs and Robert C. Briggs..

DATED: April 7, 2017

/s/John A. Doonan, Esq.
John A. Doonan, Esq., Bar No.: 3250
Attorney for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center
Suite 225D
Beverly, MA 01915

## CERTIFICATE OF SERVICE

  I, John A. Doonan, Esq. hereby certify that on April 7, 2017 I served a copy of the above document by electronic notification using the CM/ECF system and/or First Class Mail to the following:

/s/John A. Doonan, Esq.
John A. Doonan, Esq., Bar No.: 3250

Deborah L. Briggs
60 Alden Circle
Portland, ME 04102

Robert C. Briggs
60 Alden Circle
Portland, ME 04102