UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

CIVIL ACTION NO: 2:16-cv-00606-GZS

| | |
|---|---|
| U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust<br><br>        Plaintiff<br><br>vs.<br><br>Robert C Briggs and Deborah L. Briggs<br><br>        Defendants | NOTICE OF VOLUNTARY DISMISSAL<br><br>RE: 60 Alden Circle, Portland, ME 04102<br><br>Mortgage:<br>February 4, 2004<br>Book 20842, Page 227 |

Now Comes the Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust, by and through the undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the Defendants.

DATED: June 23, 2017

/s/ John A. Doonan, Esq.
John A. Doonan, Esq., Bar No. 3250
Attorney for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 225D
Beverly, MA 01915
(978) 921-2670

# CERTIFICATE OF SERVICE

I, John A. Doonan, Esq., do hereby certify that on June 23, 2017, I served a copy of the above document by regular mail to the following:

/s/ John A. Doonan, Esq.
John A. Doonan, Esq., Bar No. 3250

Robert C. Briggs
60 Alden Circle
Portland, ME 04102

Deborah L. Briggs
60 Alden Circle
Portland, ME 04102